**PREMIER JUSTICE LAW P.C.**
Susan Lee Yu, Esq. (SBN 256423)
155 N. Lake Ave., Suite 800
Pasadena, CA 91101
Telephone:  (800) 515-3730
Facsimile:  (800) 539--0778

Attorneys for Plaintiff
PATRICIA TAKEHARA

**TURNER FRIEDMAN MORRIS & COHAN, LLP**
Matthew C. Wolf (SBN 223051)
Lauren K. Vandenburg (SBN 299957)
8383 Wilshire Boulevard, Suite 510
Beverly Hills, CA 90211
Telephone:  (323) 653-3900
Facsimile:  (323) 653-3012

Attorneys for Defendants:
JAGUAR LAND ROVER NORTH AMERICA, LLC,
and RUSNAK/PASADENA dba RUSNAK/PASADENA JAGUAR

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PATRICIA TAKEHARA, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, a Delaware Limited Liability Company; RUSNAK/PASADENA, a California Corporation, doing business as RUSNAK/PASADENA JAGUAR; and DOES 1 through 20, inclusive,<br><br>Defendants. | **CASE NO.: 2:18-CV-03121-MWF-RAO**<br>Assigned for all purposes to:<br>The Honorable: Michael W. Fitzgerald<br>Courtroom: 5A<br><br>[*Originally filed in Los Angeles County Superior Court Case No. BC 697 497*]<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE;**<br><br>**ORDER** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| | | | |
|---|---|---|---|
| 1 | DATED: | April 5, 2019 | **PREMIER JUSTICE LAW, P.C.** |
| 2 | | | |
| 3 | | | |
| 4 | | | By: _____ |
| 5 | | | Susan Lee Yu, Esq. |
| | | | Attorneys for Plaintiff |
| 6 | | | PATRICIA TAKEHARA |
| 7 | DATED: | April 5, 2019 | **TURNER FRIEDMAN MORRIS & COHAN, LLP** |
| 8 | | | |
| 9 | | | |
| 10 | | | By: _____ |
| 11 | | | Lauren K. Vandenburg, Esq. |
| | | | Attorneys for Defendants |
| 12 | | | JAGUAR LAND ROVER NORTH |
| | | | AMERICA, LLC, and RUSNAK/PASADENA |
| 13 | | | dba RUSNAK/PASADENA JAGUAR |

| | |
|---|---|
| 1 | <u>**ORDER**</u> |
| 2 | The stipulation is approved. The entire action, including all claims and counterclaims |
| 3 | stated herein against all parties, is hereby dismissed with prejudice. |
| 4 | |
| 5 | DATED: ~~XXXXXXXX~~ |
| 6 | April 8, 2019 |
| 7 | By: _[signature]_ |
| 8 | Michael W. Fitzgerald<br>Senior Judge |
| 9 | United States District Court |